IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| The Construction Industry Retirement Fund of Rockford, Illinois, et al.<br>Plaintiffs | ) ) ) ) | Case No: 3:13 cv 50380 |
| v. | ) ) ) | |
| Brick and Block Construction, et al.<br>Defendants | ) ) ) ) | Judge: Honorable Frederick J Kapala<br>Magistrate: Honorable P. Michael Mahoney |

## ORDER

Status Hearing held on 1/29/2014. It is the report and recommendation of the Magistrate Judge that the District Court grant Plaintiffs' Motion for Default Judgment [9] and enter Plaintiff's Turnover Order attached to that motion. The District Court may then choose to return the case to the Magistrate Judge so that he may conduct a prove-up hearing and compose a report and recommendation as to damages. Parties are given 14 days from service of this order, as calculated under Fed. R. Civ. P. 6, to file objections with the District Court pursuant to Fed. R. Civ. P. 72.

Date: 1/29/2014

_____
Magistrate Judge P. Michael Mahoney