**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| The Construction Industry Retirement | ) | |
| Fund of Rockford, Ill., et al., | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | Case No: 13 C 50380 |
| | ) | |
| Brick and Block Construction Inc., et al., | ) | |
| | ) | |
| *Defendants*. | ) | Judge Frederick J. Kapala |

## ORDER

This matter comes before the court based on a report and recommendation ("R&R") [12] from the magistrate judge that this court grant plaintiffs' motion for entry of default [9] against defendants Brick and Block Construction Inc. and Britt M. Baker for failure to answer. The record shows that defendants were served on December 19, 2013. The magistrate recommends entering default against defendants and signing a turnover order to permit discovery of defendants' assets and liabilities. As of this date, defendants have not entered an appearance, filed an answer, otherwise pled, or objected to the magistrate judge's R&R. Accordingly, there being no written objection to the magistrate judge's R&R entered on 1/29/2014, see 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985), and the court having reviewed the record and the R&R, the court accepts the R&R [12] and grants plaintiffs' motion for entry of default [9]. The parties are instructed to contact the magistrate judge's chambers to schedule a prove-up date within fourteen days of this order. Turnover order to be entered separately.

Date: 2/25/2014

ENTER:

_____

FREDERICK J. KAPALA

District Judge